UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LENA,

        Plaintiff,

   v.

UNKNOWN,

        Defendant.

Case No. 22-cv-04103-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days has passed, and plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

     **IT IS SO ORDERED.**

Dated: August 23, 2022

                                    /s/ Phyllis J. Hamilton
                                    PHYLLIS J. HAMILTON
                                    United States District Judge